# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: WILLIAM J. MARACK & DEBBIE G. MARACK  
222 TIMBER HILL RD.  
BUFFFALO GROVE, IL  60089  

SSN-xxx-xx-8209 & xxx-xx-1202

Case Number: 06-70941

Case filed on: 6/5/2006  
Plan Confirmed on: 8/21/2006  

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $17,504.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD T JONES | 3,000.00 | 3,000.00 | 2,500.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,500.00 | 0.00 |
| 013 | OSI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 2,049.13 | 2,049.13 | 0.00 | 0.00 |
|  | Total Priority | 2,049.13 | 2,049.13 | 0.00 | 0.00 |
| 998 | WILLIAM J. MARACK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | GENERAL MOTORS ACCEPTANCE CORP | 7,230.78 | 7,230.78 | 3,806.04 | 666.59 |
| 002 | GENERAL MOTORS ACCEPTANCE CORP | 5,895.19 | 5,895.19 | 3,107.02 | 543.28 |
| 003 | WELLS FARGO HOME MORTGAGE INC | 228,973.77 | 0.00 | 0.00 | 0.00 |
| 004 | WELLS FARGO HOME MORTGAGE INC | 16,759.15 | 5,893.23 | 5,893.23 | 0.00 |
|  | Total Secured | 258,858.89 | 19,019.20 | 12,806.29 | 1,209.87 |
| 005 | INTERNAL REVENUE SERVICE | 6.20 | 1.24 | 0.00 | 0.00 |
| 006 | BLATT, HASENMILLER, LEIBSKER, ETAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | LVNV FUNDING LLC | 15,499.80 | 3,099.96 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 1,520.49 | 304.10 | 0.00 | 0.00 |
| 009 | DEAN LODDING, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | LINDA BLEDSOE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PORTFOLIO RECOVERY ASSOCIATES | 11,310.79 | 2,262.16 | 0.00 | 0.00 |
| 012 | NORDSTROM FSB | 5,815.60 | 1,163.12 | 0.00 | 0.00 |
| 014 | NORTHERN ILLINOIS MEDICAL CENTER | 377.00 | 75.40 | 0.00 | 0.00 |
| 015 | RETAIL SERVICES / HOMEMAKERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | RETAILERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | S & S FINANCIAL LENDING, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROUNDUP FUNDING LLC | 404.66 | 80.93 | 0.00 | 0.00 |
| 019 | US DEPARTMENT OF EDUCATION | 47,654.60 | 0.00 | 0.00 | 0.00 |
| 020 | CAPITAL ONE | 497.79 | 99.56 | 0.00 | 0.00 |
|  | Total Unsecured | 83,086.93 | 7,086.47 | 0.00 | 0.00 |
|  | Grand Total: | 346,994.95 | 31,154.80 | 15,306.29 | 1,209.87 |

Total Paid Claimant: $16,516.16  
Trustee Allowance: $987.84  
Percent Paid Unsecured: 0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008         By  /s/Heather M. Fagan